IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

**UNITED STATES OF AMERICA**

**VS**  CR NO. 7:25cr1143(2)

**AMOS DURHAM**

# PLEA

The defendant, **AMOS DURHAM**, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count 1 of the Information after arraignment in open court.

_____
(Signed) Defendant

Anderson South Carolina
Date: 10-30-2025