IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

**UNITED STATES OF AMERICA**

**VS**                                                CR NO. 7:25cr1143(3)

**LAWSON B. WATSON**

## PLEA

The defendant, **LAWSON B. WATSON**, having withdrawn his plea of Not Guilty,

pleads **GUILTY** to Count 2 of the Information after arraignment in open court.

_____
(Signed) Defendant

Anderson, South Carolina
Date: 10/30/25