IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | Case No. 7:25-CR-01143-TMC |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON B. WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REQUEST FOR PROTECTION**

Pursuant to Local Rule 6.02, the undersigned requests protection from this case being called for trial or hearing from March 2 – 6, 2026, August 10 – 14, 2026 and October 19 - 23, 2026 as the Defendant's counsel will be on long standing vacation plans.

Accordingly, the undersigned respectfully requests that he be granted protection for the dates referenced herein.

                                              Respectfully submitted,

                                              /s/ Beattie B. Ashmore
                                              Beattie B. Ashmore, #5215
                                              Beattie B. Ashmore, P.A.
                                              650 E. Washington Street
                                              Greenville, S.C. 29601
                                              T: (864) 467-1001   F: (864) 672-1406
                                              Beattie@BeattieAshmore.com

January 21, 2026
Greenville, South Carolina