IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:25-cr-1143-TMC |
| | ) | |
| v. | ) | |
| | ) | |
| **CHARLES WRIGHT;** | ) | |
| **AMOS DURHAM; and,** | ) | |
| **LAWSON B. WATSON** | ) | |

**Government's Response to Text Order at ECF No. 50**

The Government, by and through the undersigned, provides the below written confirmation to the Court, as directed at ECF No. 50. Specifically, the Government confirms that all discoverable material in the Government's possession has been produced to U.S. Probation.

The Defendants were charged by way of Information, ECF No. 1, and were arraigned on October 27, 2025, ECF Nos. 23, 29, 35. The Defendants entered their pleas before this Court on October 30, 2025. ECF Nos. 43, 45, 47. On November 21, 2025, the Government produced discovery to U.S. Probation and defense counsel in two volumes, totaling more than 45,000 pages. Discovery in this case is voluminous. The Government is available to answer any questions that either the PSR writer or defense counsel may have as that material is reviewed, the PSR is drafted, and the parties prepare for sentencing. The Government has had numerous conversations with U.S. Probation and defense counsel to that end, and the Government will continue to do so.

*< signature block to follow >*

                                    Respectfully submitted,

                                    BRYAN P. STIRLING
                                    UNITED STATES ATTORNEY

                                    BY: s/*Elliott B. Daniels*
                                    BY: s/*Lothrop Morris*
                                    Elliott B. Daniels (Fed. No. 11931)
                                    A. Lothrop Morris (Fed No. 140969)
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1441 Main Street, Suite 500
                                    Columbia, SC 29201
                                    Telephone (803) 929-3000
                                    Fax: (803) 254-2943
                                    Elliott.Daniels@usdoj.gov

February 5, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:25-cr-1143-TMC |
| | ) | |
| v. | ) | |
| | ) | |
| **CHARLES WRIGHT;** | ) | |
| **AMOS DURHAM; and,** | ) | |
| **LAWSON B. WATSON** | ) | |

As attorney of record, on Friday, February 5, 2026, I caused to be served one true and correct copy of the attached **Government's Response to Text Order at ECF No. 50** via the court's e-noticing system, but if that means failed, then by regular mail, on each of the cousnel of record listed on the Court's PACER filing.

        Respectfully submitted,

        BRYAN P. STIRLING
        UNITED STATES ATTORNEY

        BY: s/*Elliott B. Daniels*
        BY: s/*Lothrop Morris*
        Elliott B. Daniels (Fed. No. 11931)
        A. Lothrop Morris (Fed No. 140969)
        United States Attorney's Office
        1441 Main Street, Suite 500
        Columbia, SC 29201
        Telephone (803) 929-3000
        Fax: (803) 254-2943
        Elliott.Daniels@usdoj.gov

February 5, 2026