IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No: 7:25-CR-01143 (2) |
| | ) | |
| vs. | ) | **Motion for Continuance** |
| | ) | |
| Amos Durham | ) | |

  **YOU WILL PLEASE TAKE NOTICE** that the Defendant, by and through counsel, hereby moves for this Court's Order granting an extension of time to file objections to the Pre-Sentence Report.

  Undersigned counsel received the Pre-Sentence Report in this case on or about April 10, 2026. The response and objections to the Pre-Sentence Report are due on or before April 24, 2026.  Recently an issue arose concerning restitution that may be resolved through discussions with the Assistant U.S. Attorney and pretrial services.  Therefore, counsel would request two (2) additional weeks to respond and file such objections, to be due on or before May 8, 2026.

  The government and Pre-Trial Services have been consulted and have no opposition to this requested extension of time.

  Respectfully submitted this the 22d day of April, 2026.

Eppes & Plumblee, P.A.

*Frank L. Eppes*
Fed. ID No 1003
Eppes & Plumblee, P.A.
P.O. Box 10066
Greenville, South Carolina 29603

Page 1 of 1