IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case Number: 7:25-1143-TMC |
| | ) | |
| vs. | ) | |
| | ) | **MOTION FOR EXTENSION OF** |
| CHARLES WRIGHT, | ) | **TIME TO RESPOND TO THE** |
| | ) | **PRESENTENCE REPORT** |
| DEFENDANT. | ) | |
| | ) | |

COMES NOW the Defendant, by and through undersigned counsel, and respectfully moves for an extension of time until June 18, 2026, to respond to the Presentence Report. This request is made because counsel for the Defendant is currently out of the country and will not return to the office until May 18, 2026. Counsel has previously requested and been granted protection by this Court from May 7, 2026, through May 15, 2026.

Respectfully submitted,

s/ Gregory P. Harris
Gregory P. Harris (#1739)
Harris & Gasser, LLC
1529 Laurel Street
Columbia, South Carolina 29201
(803) 779-7080
Attorney for the Defendant

Columbia, South Carolina
May 8, 2026