IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case Number: 7:25-1143-TMC |
| | ) | |
| vs. | ) | |
| | ) | **MOTION FOR EXTENSION OF** |
| CHARLES WRIGHT, | ) | **TIME TO RESPOND TO THE** |
| | ) | **PRESENTENCE REPORT** |
| DEFENDANT. | ) | |
| | ) | |

COMES NOW the Defendant, by and through undersigned counsel, and respectfully moves this Court for an additional seven (7) day extension of time within which to file objections to the Presentence Investigation Report ("PSR"). Assistant U.S. Attorney Elliott Daniels has been consulted on this matter and consents to this request. In support thereof, Defendant states as follows:

1. The Presentence Investigation Report in this matter is 75 pages in length and contains extensive factual material and guideline calculations requiring careful review and analysis.

2. The Court previously granted a fourteen (14) day extension for the filing of objections to the PSR.

3. Both Counsel have been diligently reviewing the PSR with the Defendant and investigating potential objections; however, additional time is necessary to ensure that any objections filed are accurate, complete, and properly supported.

1

4.  Sentencing in this matter is presently scheduled for July 7, 2026, and the requested seven-day extension will still provide the government with ample opportunity to respond to any objections filed prior to sentencing.

5.  This request is made in good faith and not for purposes of delay.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for filing objections to the Presentence Investigation Report by seven (7) additional days, up to and including June 8, 2026.

Respectfully submitted,

s/ Gregory P. Harris
Gregory P. Harris (#1739)
Harris & Gasser, LLC
1529 Laurel Street
Columbia, South Carolina 29201
(803) 779-7080
greg@harrisgasserlaw.com

s/ Harold W. Gowdy, III
Harold W. Gowdy, III (#5675)
2212 Edgefield Road
Spartanburg, South Carolina 29302
(864) 809-0917
trey@treygowdylawfirm.com

Attorneys for the Defendant

Columbia, South Carolina
May 29, 2026

2