IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:25-cr-1143-TMC |
| | ) | |
| v. | ) | |
| | ) | |
| **CHARLES WRIGHT;** | ) | |
| **AMOS DURHAM; and,** | ) | |
| **LAWSON B. WATSON** | ) | |

### Government's Motion for Extension of Time

The Government respectfully moves this Court for an extension of time in the amount of 7 days from this filing to: (1) respond to the text order at ECF No. 67 related to loss amount; and (2) to file any response or objection to the pre-sentence report (PSR) for defendant Charles Wright. The defendants consent to this request.  In support of this request, the Government provides the following:

1. The Court has previously directed by text order, at ECF No. 67, to file a response with respect to loss amount as it relates to the defendant Lawson B. Watson's PSR.  Because the fraud scheme involving Watson also involves one other defendant, the Government's position will relate to two of the pending sentencings.  Those sentencing hearings are scheduled to go forward on July 7, 2026, and July 9, 2026.  ECF No. 62.

2. Separately, U.S. Probation has prepared Wright's PSR, and Wright's response to the PSR is due no later than June 12, 2026.  ECF No. 75.  The Government respectfully seeks the same period of time to finalize any response or objection to the PSR as the parties continue to diligently review that report and prepare for sentencing in early July.

Given the above, the Government respectfully moves this Court for an extension of time in the amount of 7 days from this filing to: (1) respond to the text order at ECF No. 67; and (2) to file any response or objection to Wright's PSR.

*< signature block to follow >*

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

BY: s/*Elliott B. Daniels*
Elliott B. Daniels (Fed. No. 11931)
Assistant United States Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, SC 29201
Telephone (803) 929-3000
Fax: (803) 254-2943
Elliott.Daniels@usdoj.gov

June 5, 2026