# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

United States of America      )
                           )
                           )    CASE NUMBER:   7:25cr1143(1)
          VS.            )
                           )    **ORDER**
Charles Wright            )
                           )
_____ )

The Clerk of Court is hereby authorized to return all exhibits to the parties introducing them.

**IT IS FURTHER ORDERED** that the parties are to maintain the exhibits intact as returned until the time of filing an appeal has expired.

**IT IS SO ORDERED.**

s/Timothy Cain_____
**UNITED STATES DISTRICT JUDGE**

Dated: July 7, 2026
Greenville, South Carolina

---

Receipt is hereby acknowledged of the designated exhibits introduced in evidence in the above-captioned case by the Defendant.

Attorney  _____

Defendant's Exhibit 1