AO 245B (SCDC Rev. 09/19) Judgment in a Criminal Case, Sheet 1

# *United States District Court*
# *District of South Carolina*

UNITED STATES OF AMERICA
v.

CHARLES WRIGHT

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:25CR1143(1)

US Marshal's Number: 19780-512

Gregory Harris
Harold Watson Gowdy, III
Defendant's Attorneys

**THE DEFENDANT:**

■ pleaded guilty to counts 1-3.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of the following:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18:666(a)(1)(A), 18:666(b), 18:371, 18:2 | Please see indictment | Please see indictment | 1 |
| 18:1343, 18:1349 | Please see indictment | Please see indictment | 2 |
| 21:843(a)(3), 8:2 | Please see indictment | Please see indictment | 3 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐are dismissed on the motion of the United States.

■ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

July 7, 2026
Date of Imposition of Judgment

s/Timothy M. Cain
Signature of Judge

Timothy M. Cain, Chief United States District Judge
Name and Title of Judge

July 7, 2026
Date

DEFENDANT: CHARLES WRIGHT
CASE NUMBER: 7:25CR1143(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of forty-one (41) months. This term consists of 41 months as to counts 1, 2, and 3, all such terms to run concurrently.

■ The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the BOP provide the defendant with substance abuse treatment, including participation in the RDAP Program; mental health treatment, including Cognitive Behavioral Therapy; and medical monitoring and treatment for the Defendant's medical conditions.

It is further recommended that the BOP that the defendant be able to serve his sentence in a facility in Jesup, Georgia.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at a.m./p.m. on.

☐ as notified by the United States Marshal.

RECEIVED
2026 AUG 20 PM 12: 21
UNITED STATES MARSHALS
COLUMBIA, SC

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on

■ as notified by the United States Marshal or

■ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on 11 August 2026 to USP Lewisburg

at Lewisburg, PA, with a certified copy of this Judgment.

J. Sage, Warden
~~UNITED STATES MARSHAL~~

By D. Mensch, CSO
~~Deputy United States Marshal~~